RANDY S. GROSSMAN
Acting United States Attorney
LAWRENCE A. CASPER
Assistant U.S. Attorney
California Bar No.: 235110
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6734
Email: Lawrence.casper@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BIANCA ACEDO-OJEDA, <br><br> Defendant | Case No.:  15cr950-BEN <br><br> Date:     October 13, 2021 <br> Time:    2:00 p.m. <br><br> The Honorable  Roger T. Benitez <br> **UNITED STATES'** <br> **SENTENCING SUMMARY CHART** |

The Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Randy S. Grossman, Acting United States Attorney and Lawrence A. Casper, Assistant U.S. Attorney, hereby files its Sentencing Summary Chart, which is based upon the files and records of this case and the factors detailed in 18 U.S.C. Section 3553(a).

DATED: October 4, 2021            Respectfully submitted,

            RANDY S. GROSSMAN
            Acting United States Attorney

            /s/Lawrence A. Casper
            Assistant United States Attorney

SENTENCING SUMMARY CHART                                              USPO [ ]
[ ☒ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]                    AUSA [☒]
Sentencing Date: October 13, 2021                                     DEF  [ ]

Defendant's Name: _____Bianca ACEDO-Ojeda_____ Docket No.: _____15CR950-BEN_____

Attorney's Name: _____Lawrence A. Casper_____ Phone No.: _____546-6734_____

Guideline Manual Used: _____Nov. 2018_____ Agree with USPO Calc.: No

Base Offense Level(s): USSG 2S1.1(a)(2)                                            8

Specific Offense Characteristics:

2B1.1(K) (amount laundered)                                                      +20

2S1.1(b)(1)(i)(proceeds/intended to promote offense involving distrib of c/s)     +6

2S1.1(b)(2)(C) (in the business of money laundering)                              +4

Victim Related Adjustment:

Adjustment for Role in the Offense [USSG 3E1.1]                                    0

Adjustment for Obstruction of Justice:

Adjustment for Reckless Endangerment DuringFlight:

Adjusted Offense Level:

☐ Combined (Mult. Counts)   ☐ Career Off.   ☐ Armed Career Crim.

Adjustment for Acceptance of Responsibility ☒                                     -3

Total Offense Level:                                                              35

Criminal History Score:                                                            0

Criminal History Category:                                                         I

____ Career Offender      ____ Armed Career Criminal

Guideline Range:                                                    from 168 mths
(Range limited by: ____minimum mand.   ____statutory maximum         to   210 mths

Departures: Expeditious Resolution/Combination of Circumstances (USSG 5K2.0)      -2

Resulting Guideline Range: _____       33
                                                                    from 135 mths
                                                                    to    168 mths

RECOMMENDATION:        135 months custody/3 years supervised release

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 15cr0950-BEN |
|---|---|---|
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| BIANCA ACEDO-OJEDA, | ) | |
| Defendant. | ) | |

I, the undersigned declare under penalty of perjury, that I am over the age eighteen years and I am not a party to the above-entitled action. I have caused service of the United States' Sentencing Summary Chart on the following parties by electronically filing the foregoing with the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies them:

Matthew Lombard, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 4, 2021

/s/ Lawrence A. Casper
Lawrence A. Casper
Assistant U.S. Attorney