MATTHEW J. LOMBARD  (SBN 239910)
LAW OFFICES OF MATTHEW J. LOMBARD
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064
Telephone (424) 371-5930
Facsimile (310) 392-9029
Email: mlombard@lombardlaw.net

Attorney for Defendant
BIANCA ACEDO-OJEDA

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR 15-00950-BEN |
|---|---|---|
| Plaintiff, | ) | **DEFENDANT'S SENTENCING SUMMARY CHART** |
| v. | ) | |
| BIANCA ACEDO-OJEDA, | ) | Date:  October 13, 2021 |
| Defendant. | ) | Time:  2:00 p.m. |
| | ) | Court: Hon. Roger T. Benitez |

Defendant BIANCA ACEDO-OJEDA, through counsel, hereby and herewith submits her Sentencing Summary Chart, which is based upon the files and records of this case.

Date: October 6, 2021          Respectfully submitted,

                               LAW OFFICES OF MATTHEW LOMBARD


                               By     /s/ Matthew Lombard
                                   MATTHEW LOMBARD
                                   Attorney for Defendant
                                   BIANCA ACEDO-OJEDA

1

# SENTENCING SUMMARY CHART

Sentencing Date: <u>October 13, 2021</u>

USPO ☐
AUSA ☐
DEF ■

Defendant's Name: <u>BIANCA ACEDO-OJEDA</u>     Docket No. <u>15-CR-00950-BEN</u>

Guideline Manual Used: <u>November 1, 2018</u>     Agree with USPO Calc: <u>Yes</u>

Base Offense Level (Drug Quantity, if Applicable):

<u>U.S.S.G. §§2S1.1(a)(2) and 2B1.1(b)(1)(K), Money Laundering</u>     <u>28</u>

<u>U.S.S.G. §§2S1.1(b)(1)(i), Laundered Funds Linked to Narcotics</u>     <u>+6</u>

Specific Offense Characteristics:

<u>U.S.S.G. §§2S1.1(b)(2)(C), Business of Laundering Funds</u>     <u>+4</u>

Victim Related Adjustment:

Adjustment for Role in the Offense:     <u>     </u>

Adjustment for Obstruction of Justice:     <u>     </u>

Adjustment for Reckless Endangerment During Flight:     <u>     </u>

Adjusted Offense Level:     <u>38</u>

☐ Combined (Mult. Counts)   ☐ Career Off.   ☐ Armed Career Crim.

Adjustment for Acceptance of Responsibility: U.S.S.G. §3E1.1(a) & (b)     <u>-3</u>

Total Offense Level:     <u>35</u>

Criminal History Score:     <u>0</u>

Criminal History Category:     <u>I</u>

☐ Career Offender   ☐ Armed Career Criminal

Guideline Range:     from <u>168</u> mths

(Range limited by: __ minimum mand. and ___ stat. maximum)     to <u>210</u> mths

Departures:

<u>Expeditious Resolution/Combination of Circumstances U.S.S.G. §5K2.0</u>     <u>-2</u>

Resulting Guideline Range: **Level 33, Category I**     from <u>135</u> mths

to <u>168</u> mths

*Recommended Sentence:* Per <u>Koon v. United States</u>, 116 U.S. 2035 (1996), and Combination of Factors including Personal History and Characteristics of the Defendant and 18 U.S.C. §3553(a) criteria, we respectfully request a sentence of **66 months,** consistent with the recommendation of the Presentence Report prepared by the USPO.

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF LOS ANGELES   )

I, SANDY GONZALEZ, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3302 S. Grand Avenue, Los Angeles, California 90007.

On October 6, 2021, I caused the foregoing document described as:

**DEFENDANT'S SENTENCING SUMMARY CHART**

to be served upon the interested parties in this action via e-filing:

    Lawrence A. Casper
    Assistant United States Attorney

to be served upon the interested parties in this action by email:

    Michael B. Morrill
    U.S. Probation Officer
    Email: Michael_morrill@casp.uscourts.gov

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of October, 2021, in Los Angeles, California.

                                        */s/Sandy Gonzalez*
                                        SANDY GONZALEZ